IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| v. | : | Case No. 7:07-CR-23 (WLS) |
| BRAD BRADLEY BRADFORD, | : | |
| Defendant. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed April 21, 2010. (Doc. 58). It is recommended that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 56) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 58) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 56) is **DENIED**.

**SO ORDERED**, this 3rd day of June, 2010.

            /s/ W. Louis Sands
          **THE HONORABLE W. LOUIS SANDS,**
           **UNITED STATES DISTRICT COURT**